NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MITCHELL KEITH GOODRUM,

Plaintiff - Appellant,

v.

FALLON POLICE
DEPARTMENT; DANIEL
SHYNE; BARIZIA,

Defendants - Appellees.

No. 23-4075

D.C. No. 3:23-cv-00520-RCJ-CLB

MEMORANDUM*

Appeal from the United States District Court
for the District of Nevada
Robert Clive Jones, District Judge, Presiding

Submitted April 22, 2025**

Before: GRABER, H.A. THOMAS, and JOHNSTONE, Circuit Judges.

Nevada state prisoner Mitchell Keith Goodrum appeals pro se from the

district court's judgment dismissing his 42 U.S.C. §1983 action alleging federal

and state law claims in connection with his state court criminal case. We have

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal under 28 U.S.C. § 1915A.  *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (9th Cir. 2012).  We affirm.

The district court properly dismissed Goodrum's action as barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), because success on Goodrum's claims would necessarily imply the invalidity of his conviction, and Goodrum has not demonstrated that his conviction has been invalidated.  *See Heck*, 512 U.S. at 486-87 (holding that if "a judgment in favor of the plaintiff would necessarily imply the invalidity of his conviction or sentence . . . the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated").

**AFFIRMED.**

23-4075